# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT ORRIN BRANDEBERRY, | ) | CASE NO. 3:12CV1185 |
| | ) | |
| PETITIONER, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **MEMORANDUM OPINION &** |
| | ) | **ORDER** |
| ROD JOHNSON, Warden, | ) | |
| | ) | |
| RESPONDENT. | ) | |

Before the Court is the Report and Recommendation ("R&R") of the Magistrate Judge in the above-entitled action. (Doc. No. 12.) Under the relevant statute:

> [...] Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C).

In this case, the R&R was filed on September 7, 2012. Under Fed. R. Civ. P. 6(d), an additional three days are added when computing service. Therefore, objections were due September 24, 2012. No objections were filed on or before that deadline. The failure to file written objections to a Magistrate Judge's report and recommendation constitutes a waiver of a de novo determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the R&R and accepts the same. Accordingly, because respondent has not failed to timely respond to the petition, petitioner's motion for summary judgment is **DENIED**.

**IT IS SO ORDERED**.

Dated: October 1, 2012

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

2